UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DENNIS NARAIN, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. CR07-132-RSL <br><br> ORDER DENYING MOTION TO RECONSIDER SETTING CONDITIONS OF RELEASE |

The defendant, through his attorney Robert Leen, moves for reconsideration setting conditions of release. In this Court's detention order dated May 2, 2007 (Dkt. No. 63), the Court denied release. The Court has reviewed the applicable section of Local Criminal Rules. Pertaining to motions for reconsideration.

CrR 12 (c)11 reads:

> *Reconsideration of Motions.*
> (A) Standards. Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.
> (B) Procedure. A motion for reconsideration shall be plainly labeled as such. The motion shall be noted for consideration on the Friday following the day it is filed. The motion shall point out with specificity the matters which the movant believes were overlooked or misapprehended by the court, any new matters being brought to the court's attention for the first time, and the particular modifications being sought in the court's prior ruling. Failure to comply with this subsection may in itself be grounds for denial of the motion.

DETENTION ORDER
PAGE -1-

Under careful reading of this rule and the pleadings submitted for consideration, the Defendant does not meet the standard for reconsideration of this Court's prior order, thus his motion is DENIED.

DATED this 24th day of September, 2007.

_____
MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -2-